# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DANA STEWART | : | NO. 18-315-4 |

## O R D E R

**AND NOW**, this 10th day of July, 2019, upon consideration of Defendant Dana Stewart's Motion for Joinder in Co-defendants' Motions (Doc. No. 182), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge