# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DANA STEWART | : | No. 18-315-4 |

## ORDER

AND NOW, this 13 day of April, 2023, upon consideration of Defendant Dana Stewart's Motion for Errors Made at Sentencing to be Corrected Pursuant to Rule 36.B (Doc. No. 755) and the Government's Response to Mr. Stewart's Motion to Correct Errors Made at Sentencing (Doc. No. 769), it is hereby **ORDERED** that Mr. Stewart's motion (Doc. No. 755) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE